UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT DAVIS, et al.,

    Plaintiffs,

v.

JOCELYN BENSON, et al.,

    Defendants.

_____/

Case No. 1:20-cv-915

HONORABLE PAUL L. MALONEY

RUTH JOHNSON, et al.,

    Plaintiffs,

v.

JOCELYN BENSON,

    Defendant.

_____/

Case No. 1:20-cv-948

HONORABLE PAUL L. MALONEY

## ORDER SCHEDULING HEARINGS ON MOTIONS

Plaintiffs in each of these cases have filed motions seeking injunctive relief (ECF No. 25 in 1:20-cv-915 and ECF No. 4 in 1:20-cv-948). The court will hear oral argument on the motions on October 20, 2020, at 174 Federal Building, 410 W. Michigan Ave., Kalamazoo, Michigan. The hearing will begin at 1:30 p.m. with argument in Johnson, et al v. Benson, 1:20-cv-948, followed at 4:00 p.m. with argument in Davis, et al v. Benson, et al, 1:20-cv-915.

**IT IS SO ORDERED**.

Dated: October 1, 2020

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge