UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ROBERT DAVIS,**
and
**BRENDA HILL,**
     Plaintiffs,

v.

Case No. 20-cv-00915
**Hon. Paul L. Maloney**

**JOCELYN BENSON**, in her official and individual capacities as the Secretary of State,
**JANICE WINFREY,** in her official and individual capacities as the Detroit City Clerk, and
**DETROIT DEPARTMENT OF ELECTIONS,**
     Defendants.
_____/

| | |
|---|---|
| **ANDREW A. PATERSON (P18690)**<br>Attorney for Plaintiffs<br>2893 E. Eisenhower Pkwy<br>Ann Arbor, MI 48108<br>(248) 568-9712<br>aap43@outlook.com | **HEATHER S. MEINGAST (P55439)**<br>ERIK GRILL (64713)<br>Assistant Attorneys General<br>Attorneys for Defendant Benson<br>P.O. Box 30736<br>Lansing, MI 48909<br>(517) 335-7659<br>meingasth@michigan.gov<br>grille@michigan.gov<br><br>PATRICK CUNNINGHAM (P67643)<br>City of Detroit Law Department<br>Attorneys for Defendants Winfrey<br>and Detroit Department of Elections<br>2 Woodward Ave, 5th Floor<br>Detroit, MI 48226<br>(313) 237-5032<br>cunninghamp@detroitmi.gov |

_____/

**STIPULATED ORDER
GRANTING PLAINTIFFS 3-DAY EXTENSION TO FILE A RESPONSE TO
DEFENDANT JOCELYN BENSON'S MOTION TO DISMISS (ECF NO. 60).**

Upon Stipulation of Plaintiffs and Defendant Jocelyn Benson, as evidenced by the signatures of their respective counsel below, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that Plaintiffs are granted a 3-day extension to file a response to Defendant Jocelyn Benson's motion to dismiss (ECF No. 60).  Plaintiffs' response to Defendant Jocelyn Benson's motion to dismiss (ECF No. 60) is now due on Friday, November 27, 2020.

IT IS SO ORDERED.

Dated: November  25 , 2020

/s/ Paul L. Maloney

PAUL L. MALONEY
U.S. District Judge

STIPULATED AND AGEED TO AS TO FORM AND CONTENT:

| /s/ ANDREW A. PATERSON | /s/ HEATHER MEINGAST (with permission) |
|---|---|
| **ANDREW A. PATERSON (P18690)** | **HEATHER S. MEINGAST (P55439)** |
| Attorney for Plaintiffs | ERIK GRILL (64713) |
| 2893 E. Eisenhower Pkwy | Assistant Attorneys General |
| Ann Arbor, MI 48108 | Attorneys for Defendant Benson |
| (248) 568-9712 | P.O. Box 30736 |
| aap43@outlook.com | Lansing, MI 48909 |
| | (517) 335-7659 |
| DATED: November 25, 2020 | meingasth@michigan.gov |
| | grille@michigan.gov |
| | DATED: November 25, 2020 |