UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT DAVIS and BRENDA HILL,<br>　　　　　　　　Plaintiffs,<br><br>-v-<br><br>JOCELYN BENSON, *et al.*,<br>　　　　　　　　Defendants. | No. 1:20-cv-915<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:    September 22, 2021                           /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge